### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARRY G. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. 10-596-SCW |
| | ) | |
| WARDEN RYKER, WARDEN HODGE, | ) | |
| WARDEN CAMPANELLA,  DONALD | ) | |
| GAETZ, J.R. WALLS, FORREST J.  ASHBY, | ) | |
| PHILLIP D. POOL, STEVEN B. | ) | |
| ASHCRAFT, C/O JENNINGS, TERRY G. | ) | |
| WADKINS, BRETT A. KINDWORTH, | ) | |
| CAROL McBRIDE, BRADLEY, LT. RUNYUN | ) | |
| DANNY ALLEN, RICHARD A. BOWERMAN, | ) | |
| LT. WILLIAMS, WARDEN WILSON, | ) | |
| WARDEN SWARTZ, BARNEY HUGHES, | ) | |
| EARL WILSON, BOWERMAN, LEE RYKER, | ) | |
| and HODGES, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

Defendants **J.R. WALLS, FORREST J. ASHBY, PHILLIP D. POOL,**

**STEVEN B. ASHCRAFT, C/O JENNINGS, WARDEN WILSON,** were dismissed by an Order

entered by Judge Michael J. Reagan on February 9, 2011 (Doc. 5).

Defendants **EARL WILSON, BOWERMAN, LEE RYKER**, and **HODGES** were dismissed

by an Order entered by Michael J. Reagan on March 9, 2011 (Doc. 9).

Defendants  **WARDEN  RYKER,  WARDEN  HODGE,  WARDEN  CAMPANELLA,**

**DONALD GAETZ, TERRY G. WADKINS, BRETT A. KINDWORTH, CAROL McBRIDE,**

**BRADLEY, LT. RUNYUN, RICHARD A. BOWERMAN, LT. WILLIAMS,** and **BARNEY**

**HUGHES**  were dismissed  by an Order entered by Judge Michael J. Reagan on July 26, 2011 (Doc.

22).

Defendant **WARDEN SWARTZ** was dismissed by an Order entered by Michael J. Reagan on April 18, 2013 (Doc. 68).

The remaining Defendant **DANNY ALLEN** came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant **DANNY ALLEN** and against Plaintiff **LARRY G. HARRIS** (Doc. 90).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **WARDEN RYKER, WARDEN HODGE, WARDEN CAMPANELLA, DONALD GAETZ, J.R. WALLS, FORREST J. ASHBY, PHILLIP D. POOL, STEVEN B. ASHCRAFT, C/O JENNINGS, TERRY G. WADKINS, BRETT A. KINDWORTH, CAROL McBRIDE, BRADLEY, LT. RUNYUM, DANNY ALLEN, RICHARD A. BOWERMAN, LT. WILLIAMS, WARDEN WILSON, WARDEN SWARTZ, BARNEY HUGHES, EARL WILSON, BOWERMAN, LEE RYKER, and HODGES** and against Plaintiff **LARRY G. HARRIS.**

Plaintiff shall take nothing from this action.

**DATED**: **June 11, 2013**

**NANCY J. ROSENSTENGEL, CLERK**

**BY:s/Angela Vehlewald**
        **Deputy Clerk**

**Approved by     s/Stephen C. Williams**
              **United States Magistrate Judge**
                   **Stephen C. Williams**